1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7183
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,        )   No. 4-05-70636
14                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
15                                   )   ORDER CONTINUING PRELIMINARY
         v.                          )   HEARING OR ARRAIGNMENT DATE
16                                   )   AND WAIVING TIME
    BRACHELLE FIFER,                 )
17                                   )
         Defendant.                  )   OAKLAND VENUE
18  _____)

19      The parties request and stipulate that the date for the preliminary hearing or arraignment
20  of defendant, Brachelle Fifer, be continued from Friday, August 12, at 10:00 a.m., to Wednesday,
21  August 31, at 10:00 a.m. The parties also request and stipulate that, pursuant to Federal Rule of
22  Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived
23  from August 12, 2005, to and including August 31, 2005. The parties agree that – taking into
24  account the public interest in prompt disposition of criminal cases – good cause exists for this
25  extension. Defendant also
26  //
27  //
28  //

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636

1  agrees to toll and to waive for this period of time any time limits applicable under Title 18,
2  United States Code, Section 3161
3  **IT IS SO STIPULATED.**
4  DATED: August 11, 2005                    Respectfully submitted,
5                                            KEVIN V. RYAN
6                                            United States Attorney
7                                            By _____ STRETCH
                                              W. DOUGLAS SPRAGUE          for Sprague
8                                             Assistant U.S. Attorney
9
10 DATED: August 11, 2005                    _____ STRETCH
11                                            MICHAEL SHEPARD  with authorization for
                                              Attorney for Defendant Brachelle Fifer   Shepard
12 **IT IS SO ORDERED.**
13 DATED: August 11, 2005                    _____
14                                            WAYNE D. BRAZIL
                                              United States Magistrate Judge

IT IS SO ORDERED
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636