KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7183
   FAX: (415) 436-7234

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>                     )<br>   v.                    )<br>                     )<br>BRACHELLE FIFER,  )<br>       Defendant.    )<br>_____ ) | No. 4-05-70636<br><br>**AMENDED** STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME<br><br>OAKLAND VENUE |

      The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Brachelle Fifer, be continued from Friday, August 12, at 10:00 a.m., to Wednesday, August 31, at 10:00 a.m. The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from August 12, 2005, to and including August 31, 2005. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also

STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636

//
//
//
//

agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. Undersigned defense counsel represents that she has spoken with Ms. Fifer and that Ms. Fifer understands and agrees to this continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED.**

DATED:	August 11, 2005

Respectfully submitted,
KEVIN V. RYAN
United States Attorney

By _____
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

DATED:	August 11, 2005

CLIFFORD

Fifer

_____
ANAGHA DANDEKAR

Attorney for Defendant Brachelle

**IT IS SO ORDERED.**

DATED:	August 15, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Wayne D. Brazil]

STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636