1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7183
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. 4-05-70636-WDB
14                                  )
         Plaintiff,                 )   STIPULATION AND [~~PROPOSED~~]
15                                  )   ORDER CONTINUING PRELIMINARY
         v.                         )   HEARING OR ARRAIGNMENT DATE
16                                  )   AND WAIVING TIME
   BRACHELLE FIFER,                 )
17                                  )
         Defendant.                 )   OAKLAND VENUE
18 _____ )

19     The parties request and stipulate that the date for the preliminary hearing or arraignment

20 of defendant, Brachelle Fifer, be continued from Wednesday, August 31, at 10:00 a.m., to

21 Wednesday, September 14, at 10:00 a.m.  The parties also request and stipulate that, pursuant to

22 Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be

23 tolled and waived from August 29, 2005, to and including September 14, 2005.  The parties

24 agree that – taking into account the public interest in prompt disposition of criminal cases –

25 good cause exists for this extension.  Defendant also agrees to toll and to waive for this period of

26 time any time limits applicable under Title 18, United States Code, Section 3161.  Undersigned

27 defense counsel represents that he has spoken with his client, Ms. Fifer, and that Ms. Fifer

28 //

STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636

1  requests and agrees to the continuance and to time being tolled and waived as requested.

2  **IT IS SO STIPULATED**.

3  DATED:    August 29, 2005                                  Respectfully submitted,

4                                                                                        KEVIN V. RYAN
                                                                                          United States Attorney
5

6                                                                                        By _____/s/_____
                                                                                          W. DOUGLAS SPRAGUE
7                                                                                        Assistant U.S. Attorney

8  DATED:    August 29, 2005                                  _____/s/_____
                                                                                          MICHAEL SHEPARD
9                                                                                        Attorney for Defendant Brachelle
                                                                                          Fifer
10

   **IT IS SO ORDERED.**
11
   DATED:    August  30 , 2005                                 _____
12                                                                                        WAYNE D. BRAZIL
                                                                                          United States Magistrate Judge

(GRANTED — Judge Wayne D. Brazil, United States District Court, Northern District of California)

STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636